IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS F. MOFFETT ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-288 |
| ) | |
| ERIE CITY POLICE, ) | |
| ) | |
|       Defendant. ) | |

### ORDER OF DISMISSAL

On October 24, 2025, this Court entered an order granting Plaintiff's motion for leave to proceed *in forma pauperis* and dismissing the complaint without prejudice, pursuant to 28 U.S.C. §1915(e)(2)(B). *See* ECF No. 4. As explained in the Court's accompanying memorandum opinion, ECF No. 3, the complaint did not comply with federal pleading standards and failed to state a claim upon which relief could be granted.

Having dismissed the complaint without prejudice, the Court granted Plaintiff leave to file an amended pleading on or before November 24, 2025. The Court expressly cautioned in its October 24 order that, if Plaintiff failed to file an amended pleading by the November 24 deadline, then the dismissal of his complaint would be converted to a dismissal with prejudice without further notice, and the case would be closed. As of this date, Plaintiff has not filed an amended complaint. Accordingly, consistent with the Court's October 24, 2025 ruling,

IT IS ORDERED, this 12th day of December 2025, that the complaint in this matter shall be, and hereby is, DISMISSED with prejudice and without further leave to amend. There being no additional claims pending before the Court in the above-captioned case, the Clerk is directed to mark this civil action "CLOSED."

_____
SUSAN PARADISE BAXTER
United States District Judge